TOTAL TIME: ___ hours **35** minutes  
HONORABLE **Stefan Underhill**  
DEPUTY CLERK **Montz**  
RPTR/ERO/TAPE **Catucci**

DATE **Dec. 10, 2003**   START TIME **3:25**   END TIME **4:00**  
LUNCH RECESS FROM ____ TO ____  
RECESS FROM ____ TO ____ (if more than 1/2 hour)

CIVIL NO. **3:02cv629 (SRU)**

**Wooton**
vs.
**USA, et al**

Plaintiffs Counsel: **Kevin Coles**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Brenda Green - USA**
**Stuart Ratner - Kotaineck**

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrg.) Motion Hearing
- ☐ (conthrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ **19** Motion **for Summary Judgment** — ☐ granted ☑ denied ☐ advisement

Hearing continued until ____ at ____