UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES WOOTTON | : |
| | : |
| v. | : Civil Action No. |
| | : 3:02cv629 (SRU) |
| UNITED STATES OF AMERICA, ET AL. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Fitzsimmons</u> for the following purpose:

___ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A ruling on the following motions which are currently pending: (orefm.)

_X_ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf) _____

___ Other: (orefmisc./misc) _____

SO ORDERED this 26th day of February 2004, at Bridgeport, Connecticut.

Stefan R. Underhill
United States District Judge