UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES WOOTEN

V.

USA, et al

Case Number: 3:02CR629 (SRU)

FILED
2004 APR 20 A 8:23
U.S. DISTRICT COURT
BRIDGEPORT, CONN

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>April 15, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 15, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, April 19, 2004.


KEVIN F. ROWE, CLERK

By: _____
Alice Montz
Deputy Clerk