UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -7  A 11: 0
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JAMES WOOTTON,

    Plaintiff,

v.            Case No. 302CV629 (SRU)

UNITED STATES OF AMERICA,

    Defendant.    April 20, 2004

## STIPULATION OF DISMISSAL

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its costs and attorney's fees.

Executed this ___ day of April, 2004.

_____
JAMES WOOTTON
PLAINTIFF

_____
BRENDA M. GREEN
ATTORNEY FOR DEFENDANT,
UNITED STATES OF AMERICA

_____
KEVIN COLES, ESQ.
ATTORNEY FOR PLAINTIFF
COLES BALDWIN & CRAFT LLC
1261 POST ROAD
P.O. BOX 577
FAIRFIELD, CT 06824

_____
STUART M. KETAINECK, ESQ.
ATTORNEY FOR CHRIS NONEMACHER AND
CHARTER COMMUNICATION ENTERTAINMENT I, LLC
SMITH, KETAINECK, ROBERTSON & MUSCO
9 WASHINGTON AVENUE, SUITE 3-A
HAMDEN, CT 06518