```
                    UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT
```

Wootton

V.                              Case Number:  3:02cv629 SRU

USA, et al

## ORDER

**Stipulation for Dismissal of Case** Doc. # **41** - **ORDERED ACCORDINGLY**

Dated at Bridgeport, Connecticut, June 9, 2004.

                        KEVIN F. ROWE, CLERK

                        By: /s/ Chrystine W. Cody
                            C. W. Cody
                            Deputy Clerk